**FILED**
November 30, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JOHN NGO, )<br>)<br>Defendant. ) | Case No. MAG. 07-0375 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN NGO, Case No. MAG. 07-0375 DAD, Charge Title 18 USC § 1623, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ _50,000.00_

_X_   Unsecured Appearance Bond _co-signed by Stephanie Lau_

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   _Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 30, 2007  at   2:35   pm  .

By  _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge