```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11  UNITED STATES OF AMERICA,
12           Plaintiff,              CR. NO. 07-386 WBS KJM
13  vs.
14  IFTIKHAR AHMAD, JOSE SERRANO,
    and MANPREET SINGH,              RELATED CASE ORDER
15
             Defendants.
16  _____/
17
    UNITED STATES OF AMERICA,
18
             Plaintiff,              CR. NO. 07-545 WBS DAD
19
    vs.
20
    JOHN NGO,
21
             Defendant.
22  _____/
23
    UNITED STATES OF AMERICA,
24
             Plaintiff,              CR. NO. 08-269 EJG KJM
25
    vs.
26
    JOEL BLANFORD,
27
             Defendant.
28  _____/
```

1  UNITED STATES OF AMERICA,
2           Plaintiff,                    CR. NO. 08-275 LKK
3  vs.
4  WILLIAM T. BRIDGE,
5           Defendant.
   _____/
6
7
8           Examination of the above-entitled actions reveals that
9  these actions are related within the meaning of Local Rule 83-
10 123(a) because they arise from the same investigation and
11 involve overlapping transactions and events.  E. Dist. of Cal.
12 Local R. 83-123(a).  Accordingly, the assignment of the matters
13 to the same judge is likely to effect a substantial saving of
14 judicial effort and is also likely to be convenient for the
15 parties.
16          The parties should be aware that relating the cases
17 under Local Rule 83-123 merely has the result that both actions
18 are assigned to the same judge; no consolidation of the actions
19 is effected.  Under the regular practice of this court, related
20 cases are generally assigned to the judge and magistrate to whom
21 the first filed action was assigned.
22          IT IS THEREFORE ORDERED that the actions denominated
23 United States v. Ahmad et al., Cr. No. 07-386 WBS KJM, United
24 States v. Ngo, Cr. No. 07-545 WBS DAD, United States v.
25 Blanford, Cr. No. 08-269 EJG KJM, and United States v. Bridge,
26 Cr. No. 08-275 LKK be, and the same hereby are, deemed related
27 and the case denominated United States v. Ngo, Cr. No. 07-545
28 WBS DAD, shall remain with the Honorable WILLIAM B. SHUBB and be

1  reassigned to Magistrate Judge Kimberly J. Mueller; the case
2  denominated <u>United States v. Blanford</u>, Cr. No. 08-269 EJG KJM
3  shall be reassigned to the Honorable WILLIAM B. SHUBB and remain
4  with Magistrate Judge Kimberly J. Mueller; and the case
5  denominated <u>United States v. Bridge</u>, Cr. No. 08-275 LKK shall be
6  reassigned to the Honorable WILLIAM B. SHUBB and be assigned to
7  Magistrate Judge Kimberly J. Mueller for all further
8  proceedings.  Any dates currently set in the reassigned cases
9  <u>only</u> are hereby VACATED.  Henceforth, the caption on documents
10 filed in the reassigned case shall be shown as <u>United States v.
11 Ahmad et al.</u>, Cr. No. 07-386 WBS KJM.
12         IT IS FURTHER ORDERED that the Clerk of the Court
13 make appropriated adjustment in the assignment of criminal cases
14 to compensate for this reassignment.
15 DATED:  June 13, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE