```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10                                ----oo0oo----
11   UNITED STATES OF AMERICA,
12           Plaintiff,                CR. NO. 07-386 WBS KJM
13   vs.
14   IFTIKHAR AHMAD, JOSE SERRANO,
     and MANPREET SINGH,               RELATED CASE ORDER
15
             Defendants.
16   _____/
17
     UNITED STATES OF AMERICA,
18
             Plaintiff,                CR. NO. 07-545 WBS KJM
19
     vs.
20
     JOHN NGO,
21
             Defendant.
22   _____/
23
     UNITED STATES OF AMERICA,
24
             Plaintiff,                CR. NO. 08-269 WBS KJM
25
     vs.
26
     JOEL BLANFORD,
27
             Defendant.
28   _____/
```

```
 1
 2  UNITED STATES OF AMERICA,
 3          Plaintiff,              CR. NO. 08-275 WBS KJM
    vs.
 4
    WILLIAM T. BRIDGE,
 5
            Defendant.
 6  _____/
 7  UNITED STATES OF AMERICA,
 8          Plaintiff,              CR. NO. 08-277 DAD
 9  vs.
10  PAUL BRIDGE,
11          Defendant.
12  _____/
```

13    On June 24, 2008, this court ordered that the first
14 four cases listed above be related and assigned to the
15 undersigned judge and Magistrate Judge Kimberly J. Mueller.
16 Examination of the fifth case reveals that it too is related
17 within the meaning of Local Rule 83-123(a) because it arises
18 from the same investigation and involves overlapping
19 transactions and events as in the first four cases.  E. Dist. of
20 Cal. Local R. 83-123(a).  Accordingly, the assignment of all
21 five matters to the same judge is likely to effect a substantial
22 saving of judicial effort and is also likely to be convenient
23 for the parties.
24    The parties should be aware that relating the cases
25 under Local Rule 83-123 merely has the result that both actions
26 are assigned to the same judge; no consolidation of the actions
27 is effected.  Under the regular practice of this court, related
28 cases are generally assigned to the judge and magistrate to whom

1  the first filed action was assigned.
2         IT IS THEREFORE ORDERED that the action denominated
3  <u>United States v. Bridge</u>, Cr. No. 08-277 DAD, be, and the same
4  hereby is, deemed related to the cases denominated <u>United States
5  v. Ahmad et al.</u>, Cr. No. 07-386 WBS KJM, <u>United States v. Ngo</u>,
6  Cr. No. 07-545 WBS KJM, <u>United States v. Blanford</u>, Cr. No. 08-
7  269 WBS KJM, and <u>United States v. Bridge</u>, Cr. No. 08-275 WBS
8  KJM.[1]  The case denominated <u>United States v. Bridge</u>, Cr. No. 08-
9  277 DAD, shall be assigned to Honorable WILLIAM B. SHUBB and be
10 reassigned to Magistrate Judge Kimberly J. Mueller.  Any dates
11 currently set in the reassigned case <u>only</u> are hereby VACATED.
12 Henceforth, the caption on documents filed in the reassigned
13 case shall be shown as <u>United States v. Bridge</u>, Cr. No. 08-0277
14 WBS KJM.
15        IT IS FURTHER ORDERED that the Clerk of the Court
16 make appropriated adjustment in the assignment of criminal cases
17 to compensate for this reassignment.
18 DATED:  June 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1]   In its June 24, 2008 Order, the court mistakenly indicated that the four cases related in that Order would be shown as <u>United States v. Ahmad et al.</u>, Cr. No. 07-386 WBS KJM.  The court intended only to alter the designation of the assigned judge and magistrate judge; each case shall retain the party names and case numbers as indicated on the caption of this Order.